**THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**CHRISTOPHER L. ENGLISH,**

                      **:**

          **Plaintiff,**          **:**

**v.**

                      **:**   **CIVIL ACTION 05-00251-WS-B**

**JERRY FERRELL,** *et al.***,**

                      **:**

          **Defendants.**     **:**


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 21st day of December, 2005.


                    s/WILLIAM H. STEELE
                    UNITED STATES DISTRICT JUDGE